UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH HENRY RICHMIRE,

     Plaintiff,

v.

MICHAEL J. ASTRUE,

     Defendant.

CASE NO. C12-5037BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

Dated this 3rd day December, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER