1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH HENRY RICHMIRE,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 12-cv-05037 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation and **GRANTS** plaintiff's motion for attorney's fees, in the amount of $6,871.50, pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). Plaintiff's award is subject to any offset allowed pursuant to the

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1  Department of the Treasury's Offset Program. *See Ratliff*, 130 S.Ct. at 2528. Plaintiff's

2  request for costs in the amount of $350.00 is **GRANTED** pursuant to 28 U.S.C. §1920.

3    (2)   The Clerk is directed to send copies of this order to counsel of record.

4  Dated this 29th day of May, 2013.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge