1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

JOSEPH HENRY RICHMIRE,

11

Plaintiff,

12

v.

13

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

14

15

Defendant.

16

CASE NO. 12-cv-05037 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

17

The Court, having reviewed the Report and Recommendation of Judge J. Richard

18

Creatura, United States Magistrate Judge, does hereby find and ORDER:

19

(1)     The Court adopts the Report and Recommendation and **GRANTS**

20

plaintiff's motion for attorney's fees, in the amount of $6,871.50, pursuant to the EAJA

21

and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at

22

***6-***7 (2010). Plaintiff's award is subject to any offset allowed pursuant to the

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1   Department of the Treasury's Offset Program. *See Ratliff*, 130 S.Ct. at 2528. Plaintiff's

2   request for costs in the amount of $350.00 is **GRANTED** pursuant to 28 U.S.C. §1920.

3        (2)    The Clerk is directed to send copies of this order to counsel of record.

4   Dated this 29th day of May, 2013.

5

6

7                                BENJAMIN H. SETTLE

8                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2